A94A0503. WILLIAMS v. THE STATE.
(444 SE2d 166)

McMURRAY, Presiding Judge.

Defendant's conviction for selling cocaine was affirmed in *Williams v. State*, 201 Ga. App. 384 (411 SE2d 316). This direct appeal followed the denial of defendant's extraordinary motion for new trial based on newly discovered evidence. *Held:*

This appeal "is dismissed for want of jurisdiction, based on the [defendant's] failure to follow the application procedures applicable to '(a)ppeals, when separate from an original appeal, from the denial of an extraordinary motion for new trial.' OCGA § 5-6-35 (a) (7). See *Pitts v. State*, 254 Ga. 298 (328 SE2d 732) (1985); *McDonald v. State*, 180 Ga. App. 713 (350 SE2d 581) (1986)." *Scott v. State*, 200 Ga. App. 481 (1) (408 SE2d 495).

*Appeal dismissed. Pope, C. J., and Smith, J., concur.*

DECIDED MARCH 4, 1994.

*Calhoun & Associates, John R. Calhoun, Gregory N. Crawford,*

for appellant.

*Spencer Lawton, Jr., District Attorney,* for appellee.